IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KANA FARRELL, ORIANA LEE FARRELL,
As an individual and O.B.O. her minor
Children: HEZEKIAH FARRELL, II, KUSH
FARRELL, MAGNIFICENT FARRELL and

Plaintiffs,

-vs-                                                    No.   1:15-cv-01113-SMV-LAM

OFFICER TONY DETAVIS, ANTHONY LUNA,
And FORMER OFFICER (now DEPUTY) ELIAS
MONTOYA, in their official and individual
Capacities, and NEW MEXICO STATE POLICE
DEPARTMENT, and John Does 1, 2 and 3,

Defendants.

ORDER GRANTING ELIAS MONTOYA'S FIRST MOTION TO DISMISS CLAIMS
MADE AGAINST HIM IN HIS "OFFICIAL" CAPACITY

**THIS MATTER** having come before the Court on the *First Motion to Dismiss Claims Made Against Him in His "Official" Capacity*, Doc. No. 7, filed by Defendant Elias Montoya on December 16, 2015, and Plaintiffs having filed a *Concurrence*, Doc. No. 17, regarding said Motion on January 6, 2016, the Court FINDS that the Motion is well-taken.

**IT IS THEREFORE ORDERED** that *Elias Montoya's First Motion to Dismiss Claims Made Against Him in His "Official" Capacity* is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that all claims made against Defendant Montoya in his "official" capacity are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the caption of this case shall be amended to delete the reference to "official capacity" claims.

**IT IS SO ORDERED.**

The Hon. STEPHAN M. VIDMAR
United States Magistrate Judge


*Respectfully submitted by:*

*/s/ Mark D. Standridge*
Mark D. Standridge
Jarmie & Associates
P.O. Box 344
Las Cruces, NM 88004
(575) 526-3338
Fax: (575) 526-6791
mstandridge@jarmielaw.com
*Attorneys for Elias Montoya*

*Approved:*


*Approved via e-mail on January 13, 2016 by:*
Alan H. Maestas
Kathryn J. Hardy
ALAN MAESTAS LAW OFFICE, P.C.
224 Cruz Alta Road, Suite H
Taos, N.M. 87571
alan@taoslegal.com
kathryn@taoslegal.com
*Attorneys for Plaintiffs*

*Approved via e-mail on January 13, 2016 by:*
Patricia G. Williams
WIGGINS, WILLIAMS & WIGGINS
P.O. Box 1308
Albuquerque, New Mexico 87103-1308
(505) 764-8400
PWilliams@wwwlaw.us
*Attorneys for Defendants Tony DeTavis, Anthony
Luna and New Mexico State Police Department*