## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**KANA FARRELL, ORIANA LEE FARRELL**
**as an individual and O.B.O. her minor children:**
**HEZEKIAH FARRELL II, KUSH FARRELL,**
**MAGNIFICENT FARRELL, and**
**GIBRALTER FARRELL,**

      **Plaintiffs,**

**v.**                       **No.  1:15-CV-1113 SMV/LAM**

**OFFICER TONY DETAVIS, ANTHONY LUNA,**
**and FORMER OFFICER (now DEPUTY) ELIAS**
**MONTOYA, in their individual capacities,**
**and NEW MEXICO STATE POLICE DEPARTMENT,**
**and John Does 1, 2 and 3,**

      **Defendants.**

## STIPULATED ORDER STAYING PROCEEDINGS, PENDING THE OUTCOME OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The parties stipulate that this proceeding should be stayed pending the outcome of Defendants DeTavis, Luna and DPS's Motion For Summary Judgment based on qualified immunity [Doc. 10] (the "Motion").  As grounds therefore, the Parties state:

1. Defendants DeTavis, Luna and DPS filed a Motion for Summary Judgment [Doc 29].

2. The Motion raises defenses of qualified immunity, which, if granted, are not only defenses to liability but are also immunity from suit and all related proceedings.  Siegert v. Gilley, 114 L. Ed. 2d 277, 111 S. Ct. 1789, 1793 (1991).  The qualified immunity defense protects governmental officials performing discretionary functions from liability as well as the burdens of trial and discovery.  Jiron v. City of Lakewood, 392 F.3d 410, 414 (10th Cir. 2004); Workman v. Jordan, 958 F.2d 332, 336 (10th Cir. 1992) ("we reiterate that qualified

immunity is not only a defense to liability but also entitlement to immunity from suit and other demands of litigation") (citing Siegert v. Gilley, 500 U.S. 226 (1991)).  For this reason, Defendants filed a Motion for Stay of Proceedings [Doc 11].  Plaintiffs do not oppose the Motion for Stay of Proceedings.


**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**

SUBMITTED BY:

WIGGINS, WILLIAMS & WIGGINS
A Professional Corporation

By____/s/ Patricia G. Williams____
        Patricia G. Williams
1803 Rio Grande Blvd., N.W. (87104)
P.O. Box 1308
Albuquerque, New Mexico 87103-1308
Tel:  (505) 764-8400
Email:  PWilliams@wwwlaw.us

*Attorneys for DeTavis, Luna and DPS*

AGREED AND STIPULATED:

_____*Approved via Email on 4/25/16*_____
Alan H. Maestas
ALAN MAESTAS LAW OFFICES, P.C.
224 Cruz Alta Road, Ste. H
Taos, NM 87571
(575) 737-0509

*Attorneys for Plaintiffs*

_____*Approved via Email on 4/2516*_____
Mark Standridge
JARMIE & ASSOCIATES
514 Marble Ave. NW
Albuquerque, NM 87102

*Attorneys for Elias Montoya*
G:\PW\0001CLIENTS\2573-NM Risk Management\027-Farrell, Kana\Pleadings Drafts\Stipulated Order Staying Proceedings.doc