IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KANA FARRELL, ORIANA LEE FARRELL**
as an individual and O.B.O. her minor children:
**HEZEKIAH FARRELL II, KUSH FARRELL,**
**MAGNIFICENT FARRELL, and**
**GIBRALTER FARRELL,**

    Plaintiffs,

vs.                                             No.  1:15-CV-1113 SMV/LAM

**OFFICER TONY DETAVIS, ANTHONY LUNA,**
**and FORMER OFFICER (now DEPUTY) ELIAS**
**MONTOYA, in their individual capacities,**
**and NEW MEXICO STATE POLICE DEPARTMENT,**
**and John Does 1, 2 and 3,**

    Defendants.

### PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT OFFICER ELIAS MONTOYA'S MOTION FOR SUMMARY JUDGMENT ON THE PLEADINGS AND FOR SUMMARY JUDGMENT

THIS MATTER came before the Court on Plaintiffs' Unopposed Motion to Extend Time to File Response to Defendant Officer Elias Montoya's Summary Judgment on the Pleadings and for Summary Judgment [Doc 42], filed June 29, 2016. The Court finds that the Motion is well taken.

IT IS THEREFORE ORDERED, that

1.    Plaintiffs' response to Defendant Officer Elias Montoya's Summary Judgment on the Pleadings and for Summary Judgment [40], is due July 15, 2016.

ORDER GRANTING PLTF'S UNOPPOSED MOTION TO EXTEND TIME TO        Page 1
FILE RESPONSE TO OFCR MONTOYA'S MOTION FOR SUMMARY JUDGMENT
*Farrell v Officer Tony DeTavis, et al /* US Dist Ct-NM 1:15-CV-1113 SMV/LAM

IT IS SO ORDERED.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

ALAN MAESTAS LAW OFFICE, P.C.

*/s/ Kathryn J. Hardy*
ALAN H. MAESTAS
KATHRYN J. HARDY
224 Cruz Alta Road, Suite H
Taos, New Mexico 87571
Telephone: (575) 737-0509
Facsimile: (575) 758-2497
*Attorneys for Plaintiffs*


APPROVED BY:

JARMIE & ASSOCIATES

*/s/ Mark Standrige*
Mark Standridge
P.O. Box 26416
Albuquerque, New Mexico  87125-6416
(505) 243-6727
(505) 242-5777 (fax)
*Attorneys for Defendant Elias Montoya*