IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KANA FARRELL, ORIANA LEE FARRELL
as an individual and O.B.O. her minor children:
HEZEKIAH FARRELL II, KUSH FARRELL,
MAGNIFICENT FARRELL, and
GIBRALTER FARRELL,

    Plaintiffs,

vs.                                    No.  1:15-CV-1113 SMV/LAM

OFFICER TONY DETAVIS, ANTHONY LUNA,
and FORMER OFFICER (now DEPUTY) ELIAS
MONTOYA, in their individual capacities,
and NEW MEXICO STATE POLICE DEPARTMENT,
and John Does 1, 2 and 3,

    Defendants.

## ORDER GRANTING
## PLAINTIFFS' THIRD MOTION TO EXTEND TIME
## TO FILE RESPONSE TO DEFENDANTS OFFICER TONY DETAVIS AND NEW MEXICO STATE POLICE DEPARTMENT'S MOTION FOR SUMMARY JUDGMENT ON THE PLEADINGS AND FOR SUMMARY JUDGMENT

THIS MATTER came before the Court on Plaintiffs' Third Unopposed Motion to Extend Time to File Response to Defendants Officer Tony DeTavis and New Mexico State Police Department's Motion for Summary Judgment [Doc 41], filed June 29, 2016. The Court finds that the Motion is well taken.

IT IS THEREFORE ORDERED, that

1.    Plaintiffs' response to Defendants Officer Tony DeTavis and New Mexico State Police Department's Motion for Summary Judgment [Doc 29 through 32], is due July 15, 2016.

IT IS SO ORDERED.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

ALAN MAESTAS LAW OFFICE, P.C.

*/s/ Kathryn J. Hardy*
ALAN H. MAESTAS
KATHRYN J. HARDY
224 Cruz Alta Road, Suite H
Taos, New Mexico 87571
Telephone: (575) 737-0509
Facsimile: (575) 758-2497
*Attorneys for Plaintiffs*


APPROVED BY:

WIGGINS, WILLIAMS & WIGGINS

*/s/ Patricia G. Williams, Esq. (approved)*
Patricia G. Williams, Esq.
1803 Rio Grande Blvd., N.W. (87104)
P.O. Box 1308
Albuquerque, New Mexico 87103-1308
Telephone: (505) 764-8400
Facsimile: (505) 764-8585
*Attorney for Defendants Tony DeTavis,
Anthony Luna and New Mexico State
Police Department*