**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**


**KANA FARRELL, ORIANA LEE FARRELL
as an individual and O.B.O. her minor children:
HEZEKIAH FARRELL II, KUSH FARRELL,
MAGNIFICENT FARRELL, and
GIBRALTER FARRELL,**

       **Plaintiffs,**

**vs.**                             **No.  1:15-CV-1113 SMV/LAM**

**OFFICER TONY DETAVIS, ANTHONY LUNA,
and FORMER OFFICER (now DEPUTY) ELIAS
MONTOYA, in their individual capacities,
and NEW MEXICO STATE POLICE DEPARTMENT,
and John Does 1, 2 and 3,**

       **Defendants.**


**ORDER GRANTING
PLAINTIFFS' SECOND UNOPPOSED MOTION TO EXTEND TIME
TO FILE RESPONSE TO DEFENDANT OFFICER ELIAS MONTOYA'S MOTION
FOR SUMMARY JUDGMENT ON THE PLEADINGS AND FOR SUMMARY
JUDGMENT**

       THIS MATTER came before the Court on Plaintiffs' Second Unopposed Motion to

Extend Time to File Response to Defendant Officer Elias Montoya's Summary Judgment on the

Pleadings and for Summary Judgment [Doc 46], filed June 29, 2016. The Court finds that the

Motion is well taken.

       IT IS THEREFORE ORDERED, that

       1.      Plaintiffs' response to Defendant Officer Elias Montoya's Summary Judgment on

the Pleadings and for Summary Judgment [40], is due July 19, 2016.


ORDER GRANTING PLTF'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO       Page 1
FILE RESPONSE TO OFCR MONTOYA'S MOTION FOR SUMMARY JUDGMENT
*Farrell v Officer Tony DeTavis, et al / US Dist Ct-NM 1:15-CV-1113 SMV/LAM*

STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

ALAN MAESTAS LAW OFFICE, P.C.

*/s/ Kathryn J. Hardy*
ALAN H. MAESTAS
KATHRYN J. HARDY
224 Cruz Alta Road, Suite H
Taos, New Mexico 87571
Telephone: (575) 737-0509
Facsimile: (575) 758-2497
*Attorneys for Plaintiffs*


APPROVED BY:

JARMIE & ASSOCIATES

*/s/ Mark Standridge*
Mark Standridge
P.O. Box 26416
Albuquerque, New Mexico  87125-6416
(505) 243-6727
(505) 242-5777 (fax)
*Attorneys for Defendant Elias Montoya*