## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**KANA FARRELL, ORIANA LEE FARRELL,**
as an individual and O.B.O. her minor children
**HEZEKIAH FARRELL, II, KUSH FARRELL,
MAGNIFICENT FARRELL,**
and **GILBRALTAR FARRELL**

    Plaintiffs,

v.                                                  No. 15-cv-1113 SMV/LAM

**TONY DETAVIS, ANTHONY LUNA,
ELIAS MONTOYA, NEW MEXICO STATE
POLICE DEPARTMENT,** and **John Does 1–3,**

    Defendants.

## ORDER SETTING MOTIONS HEARING

**Location:**     Organ Courtroom
United States Courthouse
100 N. Church Street
Las Cruces, New Mexico

**Date and time**:     Tuesday, August 16, 2016, at 1:30 p.m.

**Matters to be heard**: Defendants Detavis, Luna, and NMSPD's
Motion for Summary Judgment [Doc. 29]

          Defendant Montoya's Motion for Summary Judgment and for
Judgment on the Pleadings [Doc. 40]

    **IT IS ORDERED** that an in-person hearing on Defendants Detavis, Luna, and NMSPD's Motion for Summary Judgment, [Doc. 29], and Defendant Montoya's Motion for Summary Judgment and for Judgment on the Pleadings, [Doc. 40], is set for Tuesday, August 16, 2016, at 1:30 p.m. in the Organ Courtroom in the United States Courthouse at 100 N. Church Street Las Cruces, New Mexico.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**