IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KANA FARRELL, ORIANA LEE FARRELL,
as an individual and O.B.O. her minor children
HEZEKIAH FARRELL, II, KUSH FARRELL,
MAGNIFICENT FARRELL,
and GILBRALTAR FARRELL,

    Plaintiffs,

v.                                      No. 15-cv-1113 SMV/KRS

TONY DETAVIS, ANTHONY LUNA,
ELIAS MONTOYA, NEW MEXICO STATE
POLICE DEPARTMENT, and JOHN DOES 1–3,

    Defendants.

## FINAL JUDGMENT

Having granted summary judgment to Defendants on all federal claims except one in a Memorandum Opinion and Order issued on August 30, 2016 [Doc. 69], and having granted summary judgment to Defendant Montoya on that one remaining federal claim, in a order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment on all the federal claims is entered in favor of Defendants.

**IT IS FURTHER ORDERED** that the state law claims are remanded to state court pursuant to 28 U.S.C. § 1367(c)(3).

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**